COLUMBUS BAR ASSOCIATION *v.* PUGH.

[Cite as *Columbus Bar Assn. v. Pugh* (1994), 68 Ohio St.3d 172.]

(No. 93–1715—Submitted November 9, 1993—Decided January 26, 1994.)

174

*Jones, Day, Reavis & Pogue* and *Jeffrey A. Lipps; Gibson & Robbins–Penniman* and *Gus Robbins–Penniman;* and *Bruce A. Campbell,* for relator.

*James H. Banks,* for respondent.

*Per Curiam.* We agree with the board's findings and recommendation as modified. Accordingly, we suspend respondent from the practice of law in Ohio for two years; however, the final six months of that suspension are suspended and respondent is to be placed on monitored probation under the following conditions effective during suspension and probation: that respondent attend Alcoholics Anonymous and/or the Lawyers Assistance Program as appropriate, on a regular basis, with compliance to be verified by relator; that he submit to random alcohol testing to be monitored by relator; and that he maintain the necessary continuing legal education requirements. Costs taxed to respondent.

*Judgment accordingly.*

A.W. SWEENEY, Acting C.J., BRYANT, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

PEGGY BRYANT, J., of the Tenth Appellate District, sitting for MOYER, C.J.